■ In the Matter of WILLIAM J. LAZICH, Petitioner, v FRANCIS A. NICOLAI, Respondent. [678 NYS2d 742] —Proceeding pursuant to CPLR article 78 in the nature of mandamus, *inter alia,* to compel the respondent to order immediate therapeutic visitation by the petitioner with his children.

Adjudged that the proceeding is dismissed, without costs or disbursements.

Due to various procedural infirmities, including, *inter alia,* the petitioner's failure to have properly served the respondent, this proceeding must be dismissed (*see, Matter of Bell v State Univ.,* 185 AD2d 925; *Matter of Kelly v Scully,* 152 AD2d 698). In any event, because the petitioner failed to demonstrate a clear legal right to the relief sought, mandamus would not lie (*see, Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16). Ritter, J. P., Santucci, Altman and Krausman, JJ., concur.